IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.   17-cv-00261-WYD-KLM

JENNIFER C. HOCKMAN,

    Plaintiff,

v.

I-FLOW, LLC f/k/a I-FLOW CORPORATION,

    Defendant.

## ORDER OF DISMISSAL

THIS MATTER is before the Court on the parties' Stipulation for Dismissal filed February 22, 2018.  After a careful review of the Stipulation and the file, it is

ORDERED that the Stipulation for Dismissal (ECF No. 33) is **APPROVED** and this matter is **DISMISSED WITH PREJUDICE**, with the parties to pay their own costs.

Dated:  February 22, 2018

                            BY THE COURT:

                            s/ Wiley Y. Daniel
                            Wiley Y. Daniel
                            Senior United States District Judge